BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:10-CR-0371 JAM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO EXCLUDE TIME |
| JOSE MARIA GUTIERREZ, et.al. | ) | |
| Defendant. | ) | |

The parties request that the status conference in this case be continued from September 28, 2010 to November 2, 2010 at 9:30 a.m.  They stipulate that the time between September 28, 2010 and November 2, 2010 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, defense counsel need additional time to review discovery and investigate the case.  The parties stipulate and

agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

```
                                    Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATE: September 27, 2010    By:    /s/ Heiko P. Coppola
                                    HEIKO P. COPPOLA
                                    Assistant U.S. Attorney


DATE: September 27, 2010           /s/ John R. Manning
                                    JOHN R. MANNING
                                    Attorney for Defendant Jose
                                    Maria Gutierrez


                                    /s/ Timothy Zindel
                                    TIMOTHY ZINDEL
                                    Attorney for Defendant Jesus
                                    Cruz Loya
```

**SO ORDERED.**

```
DATE: September 27, 2010
                                   /s/John A. Mendez
                                   HON. JOHN A. MENDEZ
                                   U.S. District Judge
```