1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   JESUS CRUZ LOYA
7

8

9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      ) No. 2:10-CR-0371 JAM
                                   )
14              Plaintiff,         )
                                   ) **STIPULATION AND ORDER**
15       v.                        ) **CONTINUING STATUS CONFERENCE**
                                   ) **AND EXCLUDING TIME**
16  JOSE MARIA GUTIERREZ and       )
    JESUS CRUZ LOYA,               )
17                                 ) Date:  December 14, 2010
                Defendants.        ) Time:  9:00 a.m.
18                                 ) Judge: Hon. John A. Mendez
    _____)
19

20

21       IT IS STIPULATED AND AGREED between plaintiff, United States of
22  America, and defendants, Jose Gutierrez and Jesus Loya, through their
23  attorneys, that the status conference scheduled for December 14, 2010,
24  may be continued to January 18, 2011, at 9:30 a.m.
25       The parties are scheduled to meet late in the week of December 14 to
26  discuss possible resolutions or trial setting.  Time is needed to
27  complete these discussions and for defense counsel to confer with
28  defendants.  Accordingly, the parties agree that time under the Speedy

Trial Act should be excluded from the date of this order through the status conference on January 18, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: December 10, 2010        /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for JESUS CRUZ LOYA

Dated: December 10, 2010        /s/ T. Zindel for J. Manning
                                        JOHN MANNING
                                        Attorney for JOSE GUTIERREZ

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: December 10, 2010        /s/ T. Zindel for H. Coppola
                                        HEIKO COPPOLA
                                        Assistant U.S. Attorney

## **O R D E R**

The status conference is continued to January 18, 2011, at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: December 10, 2010        _____

                                        /s/ John A. Mendez
                                        HON. JOHN A. MENDEZ
                                        United States District Judge