JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE MARIA GUTIERREZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-10-371 JAM |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) |
| JOSE MARIA GUTIERREZ, et al., | ) |
| Defendants. | ) Judge: Honorable John A. Mendez |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Heiko P. Coppola, Assistant United States Attorney, together with counsel for defendant Jose Maria Gutierrez, John R. Manning, Esq., and counsel for defendant Jesus Cruz Loya, Timothy Zindel, Esq., that the status conference presently set for January 18, 2011 be **continued to February 15, 2011, at 9:30 a.m.,** thus **vacating** the presently set status conference.

Defense counsel requires additional time to review discovery and perform investigation. Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, February 15, 2011.

1

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED.

Dated: January 13, 2011                                     /s/  John R. Manning
                                                            JOHN R. MANNING
                                                            Attorney for Defendant
                                                            Jose Maria Gutierrez

Dated: January 13, 2011                                      /s/  Timothy Zindel
                                                            TIMOTHY ZINDEL
                                                            Attorney for Defendant
                                                            Jesus Cruz Loya

Dated: January 13, 2011                                     Benjamin B. Wagner
                                                            United States Attorney

                                                    by:     /s/ Heiko P. Coppola
                                                            HEIKO P. COPPOLA
                                                            Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE MARIA GUTIERREZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE MARIA GUTIERREZ, et al., ) <br> ) <br> Defendants. ) <br> ) | No. CR-S-10-0371 JAM <br><br> ORDER TO <br> CONTINUE STATUS CONFERNCE |

GOOD CAUSE APPEARING, it is hereby ordered that the January 18, 2011 status conference be continued to February 15, 2011 at 9:30 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161(h)(7)(A) and Local Code T4 from the date of this order to February 15, 2011.

IT IS SO ORDERED.
Dated: January 14, 2011                              /s/ John A. Mendez
                                                                     John A. Mendez
                                                                     United States District Court Judge

3

PDF created with pdfFactory trial version www.pdffactory.com