BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:10-CR-0371 JAM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND |
| ) | ORDER TO EXCLUDE TIME |
| JOSE MARIA GUTIERREZ, et.al. ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   The parties request that the status conference in this case be continued from April 12, 2011 to May 24, 2011 at 9:30 a.m. They stipulate that the time between April 12, 2011 and May 24, 2011 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, defense counsel need additional time to review discovery, investigate the case and discuss potential resolution with the

1

defendants. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: April 11, 2011        By:   /s/ Heiko P. Coppola
                                  HEIKO P. COPPOLA
                                  Assistant U.S. Attorney

DATE: April 11, 2011              /s/ John R. Manning
                                  JOHN R. MANNING
                                  Attorney for Defendant Jose
                                  Maria Gutierrez

                                  /s/ Timothy Zindel
                                  TIMOTHY ZINDEL
                                  Attorney for Defendant Jesus
                                  Cruz Loya

**SO ORDERED.**

DATE: 4/11/2011
                                  /s/
                                  HON. JOHN A. MENDEZ
                                  U.S. District Judge