JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE MARIA GUTIERREZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-10-371 JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| JOSE MARIA GUTIERREZ, et al., | Date: June 21, 2011 |
| Defendants. | Time:  9:30 a.m. |
| | Judge:  Honorable John A. Mendez |

        IT IS HEREBY stipulated between the United States of America through its undersigned

counsel, Heiko P. Coppola, Assistant United States Attorney, together with counsel for defendant

Jose Maria Gutierrez, John R. Manning, Esq., that the status conference presently set for May 24,

2011 be **continued to June 21, 2011, at 9:30 a.m.,** thus **vacating** the presently set status

conference.

        Defense counsel requires additional time to review and discuss the anticipated plea

agreement with the defendant.  Therefore, counsel for the parties stipulate and agree that the

interests of justice served by granting this continuance outweigh the best interests of the

defendants and the public in a speedy trial.  18 U.S.C. 3161(h)(7)(A) (continuity of counsel/

reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the

date of the filing of the order until the date of the status conference, June 21, 2011.

1

1    IT IS SO STIPULATED.

2    Dated: May 19, 2011                                    /s/  John R. Manning
                                                            JOHN R. MANNING
3                                                           Attorney for Defendant
                                                            Jose Maria Gutierrez
4

5

6    Dated: May 19, 2011                                    Benjamin B. Wagner
                                                            United States Attorney
7
                                                    by:     /s/ Heiko P. Coppola
8                                                           HEIKO P. COPPOLA
                                                            Assistant U.S. Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE MARIA GUTIERREZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-10-0371 JAM |
| | ) | |
| Plaintiff, | ) | ORDER TO |
| | ) | CONTINUE STATUS CONFERNCE |
| v. | ) | |
| | ) | |
| JOSE MARIA GUTIERREZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the May 24, 2011 status conference be continued to June 21, 2011 at 9:30 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161(h)(7)(A) and Local Code T4 from the date of this order to June 21, 2011.

IT IS SO ORDERED.
Dated:  5/19/2011                              /s/ John A. Mendez
                                                        John A. Mendez
                                                        United States District Court Judge

3