JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE MARIA GUTIERREZ

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-10-371 JAM |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| | ) ORDER CONTINUING STATUS |
| v. | ) CONFERENCE |
| | ) |
| | ) |
| JOSE MARIA GUTIERREZ, | ) Date: July 26, 2011 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Honorable John A. Mendez |
| | ) |
| | ) |
| | ) |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Heiko P. Coppola, Assistant United States Attorney, together with counsel for defendant Jose Maria Gutierrez, John R. Manning, Esq., that the status conference presently set for June 21, 2011 be **continued to July 26, 2011, at 9:30 a.m.,** thus **vacating** the presently set status conference.

Defense counsel requires additional time to review the discovery and conduct investigation. Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, July 26, 2011.

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED.

Dated: June 16, 2011
                                         /s/  John R. Manning
                                         JOHN R. MANNING
                                         Attorney for Defendant
                                         Jose Maria Gutierrez


Dated: June 16, 2011                     Benjamin B. Wagner
                                         United States Attorney

                                 by:     /s/ Heiko P. Coppola
                                         HEIKO P. COPPOLA
                                         Assistant U.S. Attorney

2

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE MARIA GUTIERREZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-10-0371 JAM |
| | ) |
| Plaintiff, | ) |
| | ) ORDER TO |
| | )  CONTINUE STATUS CONFERNCE |
| v. | ) |
| | ) |
| JOSE MARIA GUTIERREZ, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the June 21, 2011 status conference be continued to July 26, 2011 at 9:30 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161(h)(7)(A) and Local Code T4 from the date of this order to July 26, 2011.

IT IS SO ORDERED.
Dated: 6/16/2011                                        /s/ John A. Mendez
                                                               John A. Mendez
                                                               United States District Court Judge

3

PDF created with pdfFactory trial version www.pdffactory.com