JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE MARIA GUTIERREZ

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MARIA GUTIERREZ,<br><br>Defendant. | No. CR-S-10-371 JAM<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE<br><br>Date: December 6, 2011<br>Time:  9:30 a.m.<br>Judge:  Honorable John A. Mendez |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Heiko P. Coppola, Assistant United States Attorney, together with counsel for defendant Jose Maria Gutierrez, John R. Manning, Esq., that the status conference presently set for November 1, 2011 be **continued to December 6, 2011, at 9:30 a.m.,** thus **vacating** the presently set status conference.

The requested continuance is based upon the need for defense to review the anticipated plea agreement, discuss it with the defendant, research guidelines applicable to the anticipated plea agreement and prepare the defendant to enter a guilty plea.  Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial.  18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, December 6, 2011.

1

PDF created with pdfFactory trial version www.pdffactory.com

1    IT IS SO STIPULATED.

2    Dated: October 26, 2011                                      /s/  John R. Manning
3                                                                 JOHN R. MANNING
                                                                  Attorney for Defendant
4                                                                 Jose Maria Gutierrez

5

6    Dated: October 26, 2011                                      Benjamin B. Wagner
                                                                  United States Attorney
7

8                                                     by:         /s/ Heiko P. Coppola
                                                                  HEIKO P. COPPOLA
9                                                                 Assistant U.S. Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE MARIA GUTIERREZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JOSE MARIA GUTIERREZ,

     Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. CR-S-10-0371 JAM

ORDER TO
CONTINUE STATUS CONFERNCE

     GOOD CAUSE APPEARING, it is hereby ordered that the November 1, 2011 status conference be continued to December 6, 2011 at 9:30 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161(h)(7)(A) and Local Code T4 from the date of this order to December 6, 2011.

IT IS SO ORDERED.
Dated: 10/26/2011

                      /s/ John A. Mendez
                      John A. Mendez
                      United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com