JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSE GUTIERREZ,<br><br>　　　　Defendant. | CR NO. S-10-0371 JAM<br><br>ORDER CONTINUING SENTENCING<br><br>Date:　July 10, 2012<br>Time:　9:30 a.m.<br>Judge:　Hon. John A. Mendez |

The parties hereby stipulate the following:

    1. Judgment and sentencing in this matter is presently set for May 8, 2012.  Counsel for the parties requests that the date for judgment and sentencing be continued to July 10, 2012 at 9:30am.  Due to scheduling issues, USPO has interviewed the defendant, but has not yet released a pre sentence report.  In addition, counsel for defendant will be out of state most of May, and as a result is requesting a sentencing date that will allow the informal objections to be due once he has returned.

    2. The parties requests that the court adopt the following schedule pertaining to the presentence report:

**Judgment and Sentencing date:**　　　　　　　　　　　　　　　**7/10/12**

Reply, or Statement of Non-Opposition:　　　　　　　　　　　7/3/12

1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 6/26/12 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 6/19/12 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 6/12/12 |
| The proposed Presentence Report shall be disclosed to Counsel no later than: | 5/29/12 |

Dated:  April 30, 2012         /s/ John R. Manning
                               JOHN R. MANNING
                               Attorney for defendant
                               Jose Gutierrez


                               Benjamin B. Wagner
                               United States Attorney

Dated:  April 30, 2012          /s/  Heiko P. Coppola
                               HEIKO P. COPPOLA
                               Assistant United States Attorney

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE GUTIERREZ,<br><br>    Defendant. | CR NO. S-10-0371 JAM<br><br>ORDER CONTINUING SENTENCING |

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendant Jose Gutierrez be continued from May 8, 2012 to July 10, 2012 at 9:30 a.m. The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.

DATED: 5/1/2012                    /s/ John A. Mendez
                                                JOHN A. MENDEZ
                                                UNITED STATES
                                                DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com