AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:10-cr-00371-JAM   Document 73   Filed 06/12/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>JOSE MARIA GUTIERREZ<br><br>Date of Original Judgment: 8/14/2012<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | Case No:  2:10CR00371 -02<br><br>USM No:  19405-097<br><br>DAVID M. PORTER, AFD<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   X the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   87   months **is reduced to**   70 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   8/17/2012   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   6/12/2015                             /s/ John A. Mendez
                                                                          *Judge's signature*

Effective Date:   11/1/2015                       John A. Mendez, U.S. District Court Judge
*(if different from order date)*                    *Printed name and title*